UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                   Case No. 12-cr-58-PB

**Nicholas Spears**


**O R D E R**

The defendant has moved to continue the October 2, 2012 trial in the above case, citing the need for additional time to engage in further plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 2, 2012 to November 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 17, 2012 final pretrial conference is continued to October 26, 2012 at 3:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 13, 2012

cc: Behzad Mirhashem, Esq.
    Terry Ollila, AUSA
    United States Marshal
    United States Probation